

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On December 28, 2017, we ordered appellant to provide written proof to this Court that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee. On January 9, 2018, appellant filed proof of a partial payment to the court reporter and represents that he has made payment arrangements with the court reporter, Delcine Benavides. We therefore ORDER court reporter Delcine Benavides to filed the reporter's record on or before **February 19, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court